133 P.3d 1210

# SUPREME COURT OF HAWAI'I

**May 2, 2006**

| | | |
|---|---|---|
| 24458 | Takaki v. Cambra | Affirmed |

**May 3, 2006**

| | | |
|---|---|---|
| 27027 | State v. Johnson | Affirmed |

**May 4, 2006**

| | | |
|---|---|---|
| 24723 | Gomes v. Hawaiian Elec. Co., Inc. | Affirmed |
| 24888 | Mishima v. Holiday Mart, Inc. | Affirmed |

**May 5, 2006**

| | | |
|---|---|---|
| 24885 | State v. Starley | Affirmed |

**May 16, 2006**

| | | |
|---|---|---|
| 25070 | Caneda v. Okuyama | Affirmed |

**May 17, 2006**

| | | |
|---|---|---|
| 27071 | Mattos v. Aloha Hyundai, Ltd. | Affirmed |
| 26485 | Ucko v. Robbins | Affirmed |

**May 18, 2006**

| | | |
|---|---|---|
| 26877 | Jou v. Schmidt | Affirmed |

**May 23, 2006**

| | | |
|---|---|---|
| 26723 | Bugado v. State | Affirmed |
| 27345 | Hawaii Providers Network, Inc. v. AIG Hawaii Ins. Co., Inc. | Affirmed |